MARC S. HINES (SBN 140065)
mhines@hinessmith.com
MICHELLE L. CARDER (SBN 174481)
mcarder@hinessmith.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@hinessmith.com
HINES SMITH CARDER LEASURE
3080 Bristol Street, Suite 540
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123

Attorneys for Defendant,
AMCO INSURANCE COMPANY, an Iowa Insurance Company, erroneously sued herein as ALLIED INSURANCE COMPANY dba AMCO INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARAN LEE EBERT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY dba AMCO INSURANCE CO., an Iowa corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV08-7687 DSF (RZx)<br><br>*Assigned to Honorable Dale S. Fisher*<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER |

Based on the foregoing Stipulation, and good cause appearing,

**IT IS ORDERED** that the Stipulated Protective Order entered into by and between Plaintiff and Defendant be in force as a Protective Order of this Court, and that the parties, person and entities to whom Defendant, AMCO Insurance Company's confidential documents, information and materials be released shall be

1 | subject to and bound by the terms and conditions of the Stipulated Protective
2 | Order.
3 |     IT IS SO ORDERED.
4 |
5 | Dated: _____8/12_____, 2009
6 |
7 |                              ~~Honorable Dale S.~~ Fisher
8 |                              U.S. DISTRICT COURT JUDGE

2
[PROPOSED] ORDER