| | |
|---|---|
| 1 | MICHAEL J. BIDART (SBN #60582) |
| 2 | GREGORY L. BENTLEY (SBN #151147)<br>**SHERNOFF BIDART DARRAS ECHEVERRIA, LLP** |
| 3 | 600 South Indian Hill Blvd.<br>Claremont, CA 91711 |
| 4 | Tel:  (909) 621-4935<br>Fax:  (909) 625-6915 |
| 5 | Attorneys for Plaintiff, |
| 6 | CARAN LEE EBERT |
| 7 | MARC S. HINES (SBN 140065) |
| 8 | mhines@hinessmith.com<br>MICHELLE L. CARDER (SBN 174481) |
| 9 | mcarder@hinessmith.com<br>CHRISTINE M. EMANUELSON (SBN 221269) |
| 10 | cemanuelson@hinessmith.com<br>**HINES SMITH CARDER LEASURE DINCEL** |
| 11 | 3080 Bristol Street, Suite 540         JS 6<br>Costa Mesa, California 92626 |
| 12 | Tel.: (714) 513-1122<br>Fax: (714) 513-1123 |
| 13 | Attorneys for Defendant, |
| 14 | AMCO INSURANCE COMPANY, an Iowa Insurance Company, erroneously sued herein as ALLIED INSURANCE COMPANY dba AMCO INSURANCE |
| 15 | COMPANY |

**THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CARAN LEE EBERT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY dba AMCO INSURANCE CO., an Iowa corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. CV08-7687 DSF (RZx)**<br><br>*Assigned to Honorable Dale S. Fisher*<br><br>**ORDER DIMISSING ACTION WITH PREJUDICE**<br><br>*Filed concurrently with Joint Stipulation to Dismiss Action With Prejudice* |

/ / /

1

1     **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed with prejudice.  Each party shall bear their own fees and costs.

    **IT IS SO ORDERED.**

Dated: 1/14/10

*Dale S. Fischer*

_____
DALE S. FISHER
United States District Judge